**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>Paul J. Rodriques, fdba Rocky's Gym & Fitness | Case Number 17-12599-JNF<br>Chapter 13 |

**OBJECTION OF DITECH FINANCIAL LLC FKA GREEN TREE
SERVICING LLC TO DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Ditech Financial LLC FKA Green Tree Servicing LLC ("Secured Creditor") and files this Objection to the Debtor's Amended Chapter 13 Plan. As grounds for said Objection, Secured Creditor states the following:

1. Secured Creditor is the holder of a mortgage encumbering the property located at *48 Cinroc Circle, East Falmouth, MA 02536*, originally given by Paul J. Rodriques (the "Debtor") to Rockland Trust Company (the "Mortgage"). The Mortgage is dated July 24, 2006 and is recorded in Barnstable County Registry of Deeds in Book 21222, Page 283, as affected by the Loan Modification Agreement recorded at said Registry of Deeds in Book 29133, Page 51. A copy of the Mortgage is attached hereto and marked as Exhibit A. Thereafter, Rockland Trust Company assigned the Mortgage to Mortgage Electronic Registration Systems, Inc. by assignment dated July 28, 2006 and recorded in Barnstable County Registry of Deeds in Book 21222, Page 299. A copy of said Assignment is attached hereto and is marked Exhibit B. Mortgage Electronic Registration Systems, Inc. then assigned the Mortgage to GMAC Mortgage, LLC by assignment dated July 26, 2012 and recorded in Barnstable County Registry of Deeds at Book 26548, Page 346. A copy of said Assignment is attached hereto and is marked as Exhibit C. Lastly, GMAC Mortgage, LLC assigned the Mortgage to Green Tree Servicing LLC by assignment dated July 23, 2013 and recorded in Barnstable County Registry of Deeds in Book 27621, Page 224. A copy of said Assignment is attached hereto and is marked Exhibit D. Ditech Financial LLC (FKA Green Tree Servicing LLC) is also the current servicer for this loan.

2. The Mortgage secures a promissory note given by the Debtor to Rockland Trust Company in the original principal amount of $190,000.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note. A copy of the Note is attached hereto and is marked Exhibit E.

3. The Debtor's Chapter 13 Petition was filed on July 11, 2017.

4. On August 7, 2017 Secured Creditor filed a timely Proof of Claim in this case [Claim 5-1] setting forth a pre-petition arrearage claim of $32,033.51.

5. On or about March 9, 2018, the Debtor filed an Amended Chapter 13 Plan [Doc. No. 64]. The Debtor's proposed Plan fails to provide for Secured Creditor's pre-petition arrearage claim or for ongoing post-petition payments to be made to Secured Creditor. Instead, Part 8 of the Debtor's proposed Plan suggests that the Debtor is in the process of obtaining a loan modification of the underlying mortgage, and will amend the Plan to include Secured Creditor's pre-petition arrearage claim in the event that his pursuit of such modification is unsuccessful.

6. Secured Creditor states that as of the date of this Objection, the Debtor has not been approved for a permanent loan modification. In the event that a permanent loan modification is approved capitalizing the Debtor's existing contractual arrears, the Debtor shall file a further Amended Plan and Schedules at that

time only to reflect the Debtor's change in circumstances resulting from a modified mortgage. At this time, however, the prospect of a permanent loan modification is merely speculative, and accordingly, Secured Creditor asserts that provisions concerning both the total pre-petition arrears and continued post-petition payments shall be provided for in the Debtor's proposed Plan till such time that such modification has been agreed upon by both the parties and approved by this Court; no such provisions are included in the Debtor's current proposed Plan. The Debtor's intended treatment of Secured Creditor's claim as proposed is ambiguous at best, and is not set forth in a manner contemplated by Official Local Form 3 as effective December 1, 2017.

7.  Secured Creditor filed Objections to the prior iterations of the Debtor's proposed Plan on August 16, 2017 [Doc. No. 11]; on January 23, 2018 [Doc. No. 50]; and on March 7, 2018 [Doc. No. 63] based upon substantially similar grounds. All prior Objections, however, were deemed moot due to filing(s) of Amended Plan(s) that failed to address the aforementioned discrepancies in the proposed issues.

    WHEREFORE, Secured Creditor respectfully requests that the Court:

(1)    Withhold confirmation of the Debtor's Amended Chapter 13 Plan until the Debtor files a further Amended Plan which addresses this Objection; and/or

(2)    Grant such other relief as the court deems just and proper.

Dated: April 9, 2018

    Respectfully submitted,
    Ditech Financial LLC FKA Green Tree Servicing LLC
    By its attorney,

    /s/ Marcus Pratt
    Marcus Pratt, Esquire
    BBO #684610
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| In Re:<br>Paul J. Rodriques, fdba Rocky's Gym & Fitness | Case Number 17-12599-JNF<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Ditech Financial LLC FKA Green Tree Servicing LLC** hereby certify that on April 9, 2018 I electronically filed the foregoing *Objection to Debtor's Amended Chapter 13 Plan* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, U.S. Trustee
Carolyn Bankowski, Trustee
Peter M. Daigle, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Paul J. Rodriques
P.O. Box 685
East Falmouth, MA 02536

                                              /s/ Marcus Pratt
                                              Marcus Pratt, Esquire
                                              BBO #684610
                                              Korde & Associates, P.C.
                                              900 Chelmsford Street, Suite 3102
                                              Lowell, MA 01851
                                              Tel: (978) 256-1500
                                              bankruptcy@kordeassociates.com